## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Global Interactive Media, Inc., | Case No. |
| Plaintiff, | |
| v. | Judge:<br>Magistrate Judge: |
| Discovery Communications, LLC, | **JURY TRIAL DEMANDED** |
| Defendant. | |

## COMPLAINT FOR PATENT INFRINGEMENT

Global Interactive Media, Inc. ("Global") brings this patent-infringement action against Discovery Communications, LLC ("Discovery").

### Parties

1.      Global is a Belizian company based in Belize.

2.      Discovery is a limited liability company organized under the laws of Maryland, with its principal place of business located in Silver Spring, Maryland.

### Jurisdiction and Venue

3.      This action arises under the patent laws of the United States, 35 U.S.C. §§ 101 *et seq*.

4.      This Court has subject matter jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338(a).

5.      This Court may exercise personal jurisdiction over Discovery. Discovery conducts continuous and systematic business in Illinois and this District. Discovery maintains corporate offices in this District. This patent-infringement case arises directly

from Discovery's continuous and systematic activity in this District. In short, this Court's exercise of jurisdiction over Discovery would be consistent with the Illinois long-arm statute, 735 ILCS § 5/2-209, and traditional notions of fair play and substantial justice.

6.       Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b)(2) and 1400(b).

### Count 1 – Infringement of U.S. Patent No. 7,574,721

7.       Global Interactive owns United States Patent 7,574,721 (the "'721 patent") (attached as Exhibit A).

8.       Discovery is infringing at least one of the 35 methods and systems claimed in the '721 patent by providing services via its website located at www.discovery.com (the "Discovery Scheduler" service).

9.       For example, and for illustration of one of the 35 claims of the '721 patent that Global Interactive alleges the Discovery Scheduler service infringes, the service infringes claim 1 of the '721 patent as follows:

a.       Claim 1 is "A method for identifying at least one broadcast provider through a combination of a geographic identification code and a broadcast identifier, the method comprising:" (Ex. A, 17:44-46.) The Discovery Scheduler service identifies Discovery as the broadcast provider of certain television programs to the user according to the user's time zone. For example, the Discovery Scheduler service identifies Discovery as the broadcast provider of the television program *Naked and Afraid* available to the user at 10:00 a.m. EST.

b.       Claim 1 includes "digitally storing, in a database, one or more geographic identification codes that are each associated with at least one area or

location in which a broadcast is receivable from at least one broadcast provider; . . ." (Ex. A, 17:44-50.) The Discovery Scheduler service digitally stores time zones in a database, which are associated with service areas in which broadcasts are receivable from Discovery.

       c.      Claim 1 involves "digitally storing, in the database, one or more broadcast identifiers that are each associated with at least one broadcast provider; . . ." (Ex. A, 17:51-53.) The Discovery Scheduler service digitally stores in a database broadcast identifiers (e.g., dates and times for which a user wants to identify a broadcast provider of programming, the names of television programs that Discovery broadcasts) that are associated with Discovery.

       d.      Claim 1 involves "receiving at least one user related geographic identification code; . . ." (Ex. A, 17:54-55.) When the user connects to the Discovery Scheduler service using her computer or laptop, the service receives a geographic identification code from her device representing that the user's operating system has determined her geographic location to be within the Eastern Standard Time Zone.

       e.      Claim 1 involves "receiving at least one user related broadcast identifier . . . ." (Ex. A, 17:56.) The Discovery Scheduler service receives a user related broadcast identifier when the user selects the date and time for which she would like to identify a broadcast provider. The Discovery Scheduler service also receives a user related broadcast identifier when the user searches for *Naked and Afraid* in the "search shows" field of the service.

       f.      Claim 1 involves "determining, by a processor, a subset of data

from the database using the received at least one user related geographic identification code . . . ." (Ex. A, 17:60-62.) The Discovery Scheduler service determines by processor, using the user's time zone location, a subset of data comprising the television programs and the corresponding dates and times that are available to users within that time zone.

g.     Claim 1 involves "identifying, by the processor, at least one broadcast provider using at least both the subset of data and received at least one user related broadcast identifier . . . ." (Ex. A, 18:1-3.) The Discovery Scheduler service identifies, for example, Discovery as the broadcast provider of the television show *Naked and Afraid* using the subset of data determining the dates and times of programming available to the user in her time zone, and the user related broadcast identifiers of *Naked and Afraid* and/or April 7, 2016 at 10:00 a.m.

### Count 2 – Infringement of U.S. Patent No. 8,032,907

10.     Global owns United States Patent 8,032,907 (the "'907 patent") (attached as Exhibit B).

11.     Discovery is infringing at least one of the 90 methods and systems claimed in the '907 patent by providing services via its website located at www.discovery.com (the "Discovery Scheduler" service).

12.     For example, and for illustration of one of the 90 claims of the '907 patent that Global alleges the Discovery Scheduler service infringes, the service infringes claim 18 of the '907 patent as follows:

a.     Claim 18 is a method of "broadcasting program material in at least

one broadcast . . . ." (Ex. B, 19:16.) Discovery broadcasts program material to hundreds of millions of subscribers in the United States. https://corporate.discovery.com/wp-content/uploads/2016/02/GLOBE_2015_Q4_AT_A_GLANCE_WEB-FINAL.pdf.

      b.      Claim 18 is a method of "receiving one or more user inquiries from one or more recipients of said at least one broadcast, said one or more inquiries including broadcast identifier information . . . ." (Ex. B, 19:17-19.) A user of the Discovery Scheduler service may access the service's website and inquire about, for example, the television show *Naked and Afraid*, broadcasted by Discovery by utilizing the service's "search by show name" option.

      c.      The method of claim 18 involves "creating a program description file comprising program information related to program material to be broadcast in the future . . . ." (Ex. B, 19:20-22.) The individual inquiring about *Naked and Afraid* about the episode "Jungle Love" would learn the following from the Discovery Scheduler service about the episode "Jungle Love": "Two survivalists are challenged to survive the Nicaraguan rain forest. Battling freezing nights, severe dehydration, and each other, can polar opposites work together to survive 21 days when one if vegetarian and the other's a meat eater?" http://www.discovery.com/schedule/ (April 7, 2016, 12:03 PM).

      d.      Next, claim 18 involves "communicating the program information into a programmed data processor . . . ." (Ex. B, 19:23-24.) The Discovery Scheduler service user is able to learn about Discovery's *Naked and Afraid*

because Discovery communicates that information into the Discovery Scheduler service's programmed data processor.

e.     Claim 18 involves "synchronizing said communicated program information with said program material of said at least one broadcast. . . ." (Ex. B, 19:25-26.) Discovery synchronizes the *Naked and Afraid* "Jungle Love" program information with the broadcast of that program.

f.     Claim 18 involves "using said data programmed data processor to communicate, to the one or more recipients, program information that corresponds to the broadcast identifier information included in said one or more inquiries, wherein at least one of the program description file, the program information, and the synchronized program information is associated with the broadcast identifier information." (Ex. B, 19:28-35.) The Discovery Scheduler service communicates the *Naked and Afraid* "Jungle Love" program information to the user, synchronized to the time at which she accesses the service and the time at which Discovery is broadcasting "Jungle Love."

**Count 3 – Infringement of U.S. Patent No. 6,314,577**

13.     Global owns United States Patent 6,314,577 (the "'577 patent") (attached as Exhibit C).

14.     Discovery is infringing at least one of the 130 methods and systems claimed in the '577 patent by providing the Discovery Scheduler service.

15.     For example, and for illustration of one of the 130 claims of the '577 patent that Global alleges the Discovery Scheduler service infringes, the service infringes claim 94 of the '577 patent as follows:

h.      Claim 94 is a "method for providing listeners or viewers of a radio or television broadcast with automated information about program material, comprising the steps of: broadcasting at least one radio or television broadcast . . . ." (Ex. C, 23:14-1.8.) Discovery broadcasts program material to hundreds of millions of subscribers in the United States. https://corporate.discovery.com/wp-content/uploads/2016/02/GLOBE_2015_Q4_AT_A_GLANCE_WEB-FINAL.pdf.

i.      Claim 94 involves "receiving user inquiries from a listener or viewer of said radio or television broadcast . . . ." (Ex. C, 19-20.) A user of the Discovery Scheduler service may access the service's website and inquire about, for example, which episodes of the television show *Naked and Afraid* will be broadcasted by Discovery at which times, and the descriptions of each episode.

j.      Claim 94 involves "creating a program description file . . . ." (Ex. C, 23:21.) The individual inquiring about *Naked and Afraid* about the episode "Jungle Love" would learn the following from the Discovery Scheduler service about the episode "Jungle Love": "Two survivalists are challenged to survive the Nicaraguan rain forest. Battling freezing nights, severe dehydration, and each other, can polar opposites work together to survive 21 days when one if vegetarian and the other's a meat eater?" http://www.discovery.com/schedule/ (April 7, 2016, 12:03 PM)

k.      The method of claim 94 involves "communicating program list information into a programmed data processor . . . ." (Ex. C, 23:23-24.) Discovery communicates to the Discovery Scheduler service a program list of upcoming

broadcasts of *Naked and Afraid* episodes.

l. Claim 94 involves "correlating said program descriptions of program material with said program list information and generating information in a database responsive to only a broadcast identifier . . . ." (Ex. C, 23:24-27.) The Discovery Scheduler service correlates the communicated *Naked and Afraid* episodes' program information with the *Naked and Afraid* program list.

m. Claim 94 involves "using said programmed data processor to communicate said program description file responsive to said user inquiry." (Ex. C, 23:28-30.) The Discovery Scheduler service communicates program information about each *Naked and Afraid* episode and the times at which each episode will be broadcasted by Discovery.

## Prayer for Relief

WHEREFORE, Global prays for the following relief against Discovery:

(a) Judgment that Discovery has directly infringed claims of the '721 patent, '907 patent and the '577 patent;

(b) For a reasonable royalty;

(c) For pre-judgment interest and post-judgment interest at the maximum rate allowed by law; and

(d) For such other and further relief as the Court may deem just and proper.

## Demand for Jury Trial

Global demands a trial by jury on all matters and issues triable by jury.

Date:  <u>April 26, 2016</u>                              Respectfully Submitted,

<u>/s/  Matthew M. Wawrzyn</u>
Matthew M. Wawrzyn (#6276135)
*matt@wawrzynlaw.com*
Stephen C. Jarvis (#6309321)
*stephen@wawrzynlaw.com*
**WAWRZYN & JARVIS LLC**
233 S. Wacker Drive, 84th Floor
Chicago, IL 60606
Phone: (847) 274-9844
Fax: 312.283.8331

*Counsel for Global Interactive Media, Inc.*